Certificate Number: 12433-PAE-DE-039705644

Bankruptcy Case Number: 25-11864



12433-PAE-DE-039705644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2025, at 8:56 o'clock PM EDT, Haneef M. Shabazz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 28, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher