Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 25-11864-AMC**

Haneef M. Shabazz  
217 W Queen Lane  
Philadelphia  PA   19144

Petition Filed Date: 05/11/2025  
341 Hearing Date: 06/06/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/10/2025 | $560.00 | | 07/11/2025 | $560.00 | | | | |

**Total Receipts for the Period:  $1,120.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORPORATION »» 001 | Secured Creditors | $477.92 | $0.00 | $0.00 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $127.98 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $515.71 | $0.00 | $0.00 |
| 4 | PENNYMAC LOAN SERVICES LLC »» 004 | Mortgage Arrears | $1,829.55 | $0.00 | $0.00 |
| 5 | PHILADELPHIA GAS WORKS »» 005 | Unsecured Creditors | $512.06 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $515.66 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $1,129.85 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,857.97 | $0.00 | $0.00 |
| 9 | PHILADELPHIA PARKING AUTHORITY »» 009 | Unsecured Creditors | $474.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $5,566.51 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,952.99 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11864-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,680.00 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $92.40 | Total Plan Base: | $25,760.00 |
| Funds on Hand: | $1,587.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.