United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-11864-amc

Haneef M. Shabazz                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: 155 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Haneef M. Shabazz, 217 W Queen Lane, Philadelphia, PA 19144-4007 |
| 15007200 | | Marlin Leasing Corp, PO Box 13604, Mc Graw, NY 13101-3604 |
| 15007209 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 15009794 | + | Pennymac Loan Services,LLC, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15007212 | + | Revenue Collection Bureau, 5900-08 Torresdale Avenue, Philadelphia, PA 19135-4127 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15007219 | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | WATER REVENUE BUREAU, City of Philadelphia, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 15059248 | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15007194 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2026 01:59:00 | Comenity - My Place Rewards Credit, PO Box 650964, Dallas, TX 75265-0964 |
| 15007195 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 27 2026 01:59:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15007196 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 27 2026 02:00:00 | Concora Credit, P.O. Box 96541, Charlotte, NC 28296-0541 |
| 15007197 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2026 02:01:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15007198 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2026 02:01:43 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15007199 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 27 2026 02:00:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15028413 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2026 01:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15028835 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15016795 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 02:01:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15007203 | | Email/Text: ml-ebn@missionlane.com | Mar 27 2026 01:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15007204 | | Email/Text: ml-ebn@missionlane.com | Mar 27 2026 01:58:00 | Mission Lane LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |

District/off: 0313-2                                    User: admin                                    Page 2 of 3

Date Rcvd: Mar 26, 2026                            Form ID: 155                            Total Noticed: 41

| 15007201 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 02:01:42 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
|---|---|---|---|---|
| 15007202 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 02:01:42 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15007206 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 27 2026 01:59:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 15009497 | ^ | MEBN | Mar 27 2026 01:54:06 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15007205 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pa. Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15025326 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2026 02:01:51 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15007207 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2026 02:01:51 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15007208 | | Email/PDF: ebnotices@pnmac.com | Mar 27 2026 02:01:51 | PennyMac Loan Services, LLC, P.O. Box 4095, Carol Stream, IL 60197-4095 |
| 15027771 | ^ | MEBN | Mar 27 2026 01:54:11 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15007210 | + | Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 15028608 | + | Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 15007211 | + | Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, PA 19106-2895 |
| 15028173 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2026 01:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15019054 | | Email/Text: bnc-quantum@quantum3group.com | Mar 27 2026 01:59:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15007213 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 02:01:51 | Synchrony / Amazon, P.O. Box 71711, Philadelphia, PA 19176-1711 |
| 15007214 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 02:01:41 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15007215 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2026 02:01:47 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15007216 | ^ | MEBN | Mar 27 2026 01:54:20 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 15007217 | ^ | MEBN | Mar 27 2026 01:54:15 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 15007218 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 27 2026 01:59:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 15014895 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 27 2026 01:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15007220 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Mar 27 2026 02:01:42 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15028834 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Mar 27 2026 02:01:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Mar 26, 2026

Form ID: 155

Total Noticed: 41

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026

Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Haneef M. Shabazz ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Haneef M. Shabazz | ) | Case No. 25–11864–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 25, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court