Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Haneef M. Shabazz
217 W Queen Lane
Philadelphia, PA 19144

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11864-AMC**

Petition Filed Date: 05/11/2025
341 Hearing Date: 06/06/2025
Confirmation Date: 03/25/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $560.00 | | 09/26/2025 | $560.00 | | 11/03/2025 | $560.00 | |
| 12/02/2025 | $560.00 | | 01/05/2026 | $560.00 | | 02/02/2026 | $560.00 | |
| 03/03/2026 | $560.00 | | 03/31/2026 | $560.00 | | 05/11/2026 | $200.00 | |
| 06/08/2026 | $200.00 | | 07/07/2026 | $200.00 | | | | |

**Total Receipts for the Period: $5,080.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,835.00 | $4,835.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORPORATION »» 001 | Secured Creditors | $13,694.86 | $954.74 | $12,740.12 |
| 2 | MERRICK BANK »» 002 | Unsecured Creditors | $127.98 | $0.00 | $127.98 |
| 3 | QUANTUM3 GROUP LLC »» 003 | Unsecured Creditors | $515.71 | $0.00 | $515.71 |
| 4 | PENNYMAC LOAN SERVICES LLC »» 004 | Mortgage Arrears | $1,829.55 | $127.55 | $1,702.00 |
| 5 | PHILADELPHIA GAS WORKS »» 005 | Unsecured Creditors | $512.06 | $0.00 | $512.06 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $515.66 | $0.00 | $515.66 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $1,129.85 | $0.00 | $1,129.85 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $1,857.97 | $0.00 | $1,857.97 |
| 9 | PHILADELPHIA PARKING AUTHORITY »» 009 | Unsecured Creditors | $474.00 | $0.00 | $474.00 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $5,566.51 | $0.00 | $5,566.51 |
| 11 | LVNV FUNDING LLC »» 011 | Unsecured Creditors | $1,952.99 | $0.00 | $1,952.99 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $562.47 | $39.20 | $523.27 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,400.00 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $5,956.49 | Arrearages: | $1,440.00 |
| Paid to Trustee: | $443.51 | Total Plan Base: | $29,120.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.